# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-164
Lower Tribunal No. 2021DR-007203-0000-00

_____

GEORGE PASTORKY,

Appellant,

v.

CALISTA KONKLE,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
Kelly P. Butz, Judge.

November 28, 2023

PER CURIAM.

AFFIRMED.

MIZE, BROWNLEE and GANNAM, JJ., concur.


George Pastorky, Auburndale, pro se.

No Appearance for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED